IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDAN RODEN-REYNOLDS** | : **Civil No. 1:18-cv-0897** |
| **Plaintiff,** | : |
| v. | : |
| **METROPOLITAN LIFE INSURANCE COMPANY; TYCO ELECTRONICS CORPORATION; AND TYCO ELECTRONICS LONG TERM DISABILITY PLAN** | : |
| **Defendant.** | : **Judge Sylvia H. Rambo** |

# O R D E R

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (Doc. 18) is hereby **GRANTED**.

The Clerk of Court is directed to close this case.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2019